# Third District Court of Appeal

## State of Florida

Opinion filed September 22, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-0984
Lower Tribunal No. 20-4870
_____

**Zaida Housley,**
Appellant,

vs.

**In Re: Estate of James T. Giffen, Sr.,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Spencer Eig, Judge.

Stok Kon + Braverman, and Robert A. Stok, Joshua R. Kon, and Natasha Shaikh (Fort Lauderdale), for appellant.

Clayton R. Kaeiser, P.A., and Clayton R. Kaeiser, for appellee David Giffen.

Before EMAS, LOGUE and BOKOR, JJ.

PER CURIAM.

Affirmed.